Prepared by State Reporter from Appeal Papers

THE PEOPLE OF THE STATE OF NEW YORK ex rel.
MASONIC HALL ASSOCIATION OF SARATOGA SPRINGS,
Appellant, *v.* JAMES B. WHITE et al., Comprising the
CITY COUNCIL OF THE CITY OF SARATOGA SPRINGS,
Respondents.

*Tax — fraternal corporations — Masonic hall association not entitled
to exemption of property from taxation — waiver of right to partial
exemption.*

*People ex rel. Masonic Hall Assn.* v. *White*, 218 App. Div. 38,
affirmed.

(Submitted January 12, 1927; decided January 27, 1927.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the third judicial
department, entered September 13, 1926, which affirmed
an order of Special Term denying relator's application
for exemption of its real property from taxation. The
Masonic Temple in the city of Saratoga Springs is
occupied by four Masonic bodies and a Masonic club,
the latter being organized for purposes of recreation.
Application was made by relator on grievance day for
total exemption as matter of right.

The following questions were certified:

" 1. Is the relator such a ' fraternal corporation * * *
created to build and maintain a building or buildings for
its meeting,' etc., as is referred to in section 4, subdivision
7, of the Tax Law, and as such is it entitled to exemption
from taxation?

" 2. Is the relator entitled to have its property in
question exempted from taxation under any other pro-
vision of section 4, subdivision 7, of the Tax Law?

" 3. Did the relator waive any right that it may have
had to partial exemption by reason of the claim made
by it on grievance day and in its petition for certiorari
to review the assessment? "

*Corliss Sheldon* for appellant.

*John A. Slade* and *Sheridan P. Wait* for respondents,

Order affirmed, with costs; first and second questions certified answered in the negative and third in affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ. Not sitting: KELLOGG, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY W. COWAN, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued January 12, 1927; decided January 27, 1927.)

APPEAL from a judgment of the Kings County Court, rendered March 23, 1926, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Lawrence J. McGoldrick* for appellant.

*Charles J. Dodd, District Attorney* (*Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: KELLOGG, J.

---

GEORGE E. SEALY CO., INC., Appellant, *v.* ARDS BUILDING CORPORATION, Respondent, Impleaded with Others.

*Liens — mechanic's lien — action to foreclose lien of subcontractor — abandonment of work by general contractor and completion by owner at cost sufficient to exhaust contract price.*

*Sealy Co., Inc.,* v. *Ards Building Corp.,* 216 App. Div. 313, affirmed·

(Argued January 12, 1927; decided January 27, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 26, 1926, which affirmed a determination of the Appellate Term affirming a judgment of the City Court of the city of New York in favor of defendant, respondent, in an action to foreclose a mechanic's lien. Plaintiff was a subcontractor. The principal contractor abandoned the work which was finished by the owner. It was shown that the cost of